AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**Nurcan BASDUZEN**<br><br>_Defendant(s)_ | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 25, 2020__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Turkey, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in or near Laredo, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about January 25, 2020 the defendant Nurcan BASDUZEN was apprehended near Laredo, Texas. After a brief interview it was determined that, Nurcan BASDUZEN was an undocumented alien from Turkey and subsequently placed under arrest. Further investigation revealed that Nurcan BASDUZEN was previously REMOVED from the United States on 02/01/2008 at Atlanta, GA. There is no record that Nurcan BASDUZEN has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Doo H. Song
_Complainant's signature_

Doo H. Song, Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence,

Date: January 27, 2020

_Judge's signature_

City and state:  Laredo, Texas

Sam Sheldon, U.S. Magistrate Judge
_Printed name and title_